# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0073

VERSUS

CODY C. DANTIN                                        **APRIL 22, 2022**

---

In Re:    Cody C. Dantin, applying for supervisory writs, 17th
          Judicial District Court, Parish of Lafourche, No.
          574,960.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

<u>     a.snl     </u>
DEPUTY CLERK OF COURT
   FOR THE COURT